IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOLPHUS JONES, JR. and CARRIE JONES,
Individually and As Husband and Wife                                                  PLAINTIFFS

VERSUS                                                        CIVIL ACTION NO. 1:03cv113WJG-JMR

NEEMA, INC. d/b/a COMFORT SUITES,
ACORN WINDOW SYSTEMS, INC.;
JONES GLASS, INC., and KESHAVJI
RATANSHI GALA                                                                             DEFENDANTS

## SUMMARY JUDGMENT

THIS CAUSE comes before the Court on motion [56-1] of Defendant, Jones Glass, Inc. [Jones Glass], for summary judgment. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendant Jones Glass' motion [56-1] for summary judgment be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Jones Glass be, and is hereby, dismissed from this suit. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs in connection with these motions.

SO ORDERED AND ADJUDGED, this the 24th day of July, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE